# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139714

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                 SC: 139714
                                 COA: 283570
ARTHUR CARLTON PAIVA,              Ottawa CC: 07-031007-FC
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 30, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

s0125